IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20963
Summary Calendar
_____


UNITED STATES OF AMERICA

      Plaintiff - Appellee

  v.

JAVIER VALLEJO, also known as Chalo, also known as José
Rias, also known as Gonzalo

      Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-455-1
--------------------
June 12, 2001

Before KING, Chief Judge, SMITH and PARKER, Circuit Judges.

PER CURIAM:[*]

Tom Moran, appointed to represent Javier Vallejo, has moved
to withdraw and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Vallejo has filed a motion for
appointment of new counsel on appeal.  Our independent review of
the brief and the record discloses no nonfrivolous issue for
appeal.  Accordingly, counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein,

--------------------

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.  Vallejo's motion for new counsel is DENIED.